**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1580**

———————

LEWIS E. ADAMS,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-97-706-7)

———————

Submitted:  October 20, 1999        Decided:  November 17, 1999

———————

Before WIDENER, MURNAGHAN, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard L. McGarry, LAW OFFICE OF RICHARD L. MCGARRY, Roanoke,
Virginia, for Appellant.  David W. Ogden, Acting Assistant Attorney
General, Robert P. Crouch, Jr., United States Attorney, Robert S.
Greenspan, Lowell V. Sturgill, Jr., UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lewis E. Adams appeals the district court's order dismissing his claim for damages filed under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 - 2680 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Adams v. United States, No. CA-97-706-7 (W.D. Va. Mar. 3, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED